# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:08CR284 |
| vs. ) | |
| ) | ORDER |
| ROBERT D. CROUSE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion [20] of David R. Stickman for leave to withdraw as counsel for the defendant. Substitute counsel, Emil M. Fabian, has entered an entry of appearance [17].

**IT IS ORDERED** that the Motion to Withdraw as Attorney of Record [20] is granted, and the appearance of David R. Stickman is hereby deemed withdrawn.

**DATED July 18, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**